**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Fredrick Demond BATTLE,
Defendant–Appellant.**

**No. 15–7337.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2014.

Decided: Nov. 24, 2015.

Fredrick Demond Battle, Appellant Pro Se. Denise Walker, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fredrick Demond Battle appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Battle,* No. 5:09–cr–00150–D–1 (E.D.N.C. Aug. 17, 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*